LEONARD CHARLES, SR. AND
JUDY CHARLES

VERSUS

TRENITA CHARLES BELL

NO. 24-C-362

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

_____ August 19, 2024 _____

Linda Wiseman
First Deputy Clerk

**IN RE** TRENITA CHARLES BELL

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE FRANK A. BRINDISI, DIVISION "E", NUMBER 832-980

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Defendant, Trenita Charles Bell, seeks this Court's supervisory review of the trial court's July 17, 2024 judgment denying her motion to withdraw admissions pursuant to La. C.C.P. art. 1468.[1]  For the following reasons, defendant's writ application is denied.

Defendant contends that on December 7, 2023, the trial court granted plaintiffs Leonard Charles, Jr. and Judy Charles' motion to deem requests for admissions that they propounded to defendant as admitted.  Defendant claims that she then filed the motion to withdraw the admissions – the motion at issue in this writ application.

Rule 4-5(C)(6) requires an applicant to include a copy of the signed judgment with the writ application.  In addition, Rule 4-5(C)(8) requires "a copy of each pleading on which the judgment, order, or ruling was founded, including the petition(s) in civil cases," and Rule 4-5(C)(9) requires "a copy of any opposition

---

[1] La. C.C.P. art. 1468 provides:

Any matter admitted under this rule is conclusively established unless the court on motion permits withdrawal or amendment of the admission. Subject to the provisions of Article 1551 governing amendment of a pretrial order, the court may permit withdrawal or amendment when the presentation of the merits of the action will be subserved thereby and the party who obtained the admission fails to satisfy the court that withdrawal or amendment will prejudice him in maintaining his action or defense on the merits. Any admission made by a party under Articles 1466 and 1467 is for the purpose of the pending action only and is not an admission by him for any other purpose nor may it be used against him in any other proceeding.

and any attachments thereto filed by a party in the trial court or a statement by the applicant that no opposing written document was filed."

Defendant has failed to attach a copy of the following documents to her writ application: 1) the July 17, 2024 judgment; 2) the petition; 3) her motion to withdraw the admissions; 4) plaintiffs' requests for admissions at issue; and 5) the opposition filed by plaintiffs or a statement explaining that no opposition was filed. Without these documents, the application is incomplete and insufficient, and this Court is unable to properly consider defendant's request for relief. Accordingly, this Court declines to exercise its supervisory jurisdiction and defendant's writ application is denied.

Gretna, Louisiana, this 19th day of August, 2024.

**SUS**
**MEJ**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/19/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-362**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (DISTRICT JUDGE)
John J. Mason (Relator)

### MAILED
Halima N. Smith (Respondent)
Attorney at Law
3201 General Degaulle Drive
Suite 201
New Orleans, LA 70114

Max J. Koeck, IV (Relator)
Attorney at Law
4224 Florida Avenue
Suite 6
Kenner, LA 70065